UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:95-CR-189-T-24MAP

TROUNG ICH TRAN

_____/

**ORDER**

This cause comes before the Court on a violation of supervised release. Defendant Tran was sentenced on August 13, 1996, as to Counts Two and Six of the Superceding Indictment, for the offenses of conspiracy to engage in racketeering and use of a firearm in relation to a crime of violence. He received a sentence of ninety-three (93) months of imprisonment, this sentence consisted of thirty-three (33) months as to Count Two and a term of sixty (60) months as to Count Six, to run consecutively. The sentence was followed by thirty six (36) months of supervised release with the special condition that Defendant Tran was ordered to pay $28,104.00 in restitution. On September 18, 2004, the sentence was modified to include performance of twenty five (25) hours of community service as directed by the probation officer.

On January 24, 2005, the probation officer filed a petition with the Court stating that Defendant Tran had violated his supervised release by failing to pay restitution to the best of his ability. Specifically, that between March 25, 2003 and January 10, 2005, Defendant Tran failed to make restitution payments to the best of his ability (Doc. No. 276).[1]

---

[1] During the final revocation hearing the probation officer clarified that the end date should have been January 2005.

On April 29, 2005, the Court conducted a final revocation hearing. At that hearing, Defendant Tran admitted that he had failed to make restitution payments for the time frame of March 25, 2003 to January 2005. The Court heard argument and took testimony regarding Defendant Tran's ability to make restitution and the amount of restitution that remains owing. The Court determined Defendant Tran still owes $17,611.00 in restitution. The probation office currently has in its possession a check in the amount of $19,000.00, made payable to Defendant Tran -- an insurance settlement payment for a work related injury he sustained.

The Court finds that Defendant Tran has the ability to pay the $17,611.00. The Court orders that Defendant Tran pay the $17,611.00 he owes in restitution out of the $19,000.00 insurance settlement check. Therefore, it is **ORDERED AND ADJUDGED** that the hearing on this matter is continued until May 31, 2005 at 8:30 a.m. such that Defendant Tran can arrange to pay the $17,611.00 in restitution out of the $19,000.00 insurance settlement payment. Once Defendant Tran has paid the $17,611.00 he owes, the parties shall notify this Court and the hearing on this matter will be cancelled.

**DONE AND ORDERED** at Tampa, Florida this 29th day of April, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
James A. Muench, AUSA
Dionja L. Dyer, AFPD
U.S. Marshal Service
U.S. Probation Office